JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Media Research and Consulting, Inc., <br><br> Plaintiff(s), <br><br> vs. <br><br> United States Department of Homeland Security, et al <br><br> Defendant(s). | CASE NO. CV 09-02826-MMM (PJWx) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without cost and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: June 4, 2009

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE